IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Medina-Rodriguez, | |
| **Plaintiff,** | CIVIL NO. 16-2551 (JAG) |
| v. | |
| Confianza China, Inc., *et al.*, | |
| **Defendants.** | |

## PARTIAL JUDGMENT

Pursuant to Plaintiff's Notice of Voluntary dismissal, Docket No. 6, Judgment is hereby entered DISMISSING all claims against Confianza China, Inc., WITH PREJUDICE,

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 28th day of October, 2016.

s/ Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
United States District Judge