IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| NORBERTO MEDINA-RODRIGUEZ,<br><br>Plaintiff(s),<br><br>v.<br><br>CONFIANZA CHINA, INC., *et al.*,<br><br>Defendant(s), | CIVIL NO. 16-2551 (JAG) |

## JUDGMENT

Pursuant to Plaintiff's Motion for Voluntary Dismissal, Docket No. 8, and this Court's Order, Docket No. 9, Judgment is hereby entered dismissing Plaintiff's remaining claims WITH PREJUDICE. This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico this 19th day of January, 2017.

s/ Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
U.S. DISTRICT JUDGE